UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY RENTERIA, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TERMINIX INTERNATIONAL, INC., a Delaware Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. LA CV17-08602 JAK (FFMx)<br><br>**ORDER RE STIPULATION TO DISMISS CASE WITHOUT PREJUDICE**<br><br>**JS-6** |

| | |
|---|---|
| 1 | The Court, having reviewed the Parties' Stipulation for Dismissal of Action |
| 2 | Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and |
| 3 | good cause appearing, hereby GRANTS the Stipulation and orders this action to be |
| 4 | dismissed without prejudice. |
| 5 | **IT IS SO ORDERED.** |

Dated: January 10, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE